## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN M RICHETTI, *ADMINISTRATOR OF THE ESTATE OF AMANDA CAHILL, DECEASED,*     Plaintiff, <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*     Defendants. | Civil No.  5:25-cv-05289-JMG |

## ORDER

**AND NOW**, this 19th day of December, 2025, upon consideration of Defendant City of Philadelphia's ("Defendant City") Motion to Dismiss (ECF No. 8) and Plaintiff's Opposition (ECF No. 9), **IT IS HEREBY ORDERED** as follows:

1. Defendant City's Motion (ECF No. 8) is **GRANTED**.

2. Counts III and IV of the Complaint (ECF No. 1) are **DISMISSED, without prejudice**.

3. Plaintiff shall have until **January 2, 2026** to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15 (a)(2).

                                                                 BY THE COURT:

                                                                 */s/ John M. Gallagher*
                                                                 JOHN M. GALLAGHER
                                                                 United States District Court Judge